

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00245-CR

Saul **LINO-PORCAYO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 241st District Court, Smith County, Texas
Trial Court No. 241-0304-11
Honorable Jack Skeen Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 26, 2013.

_____
Patricia O. Alvarez, Justice